LAW OFFICES

# Lazzaro Law Firm, P.C.

360 COURT STREET
SUITE 3
BROOKLYN, NEW YORK 11231

TELEPHONE: (718) 488-1900
TELECOPIER: (718) 488-1927
EMAIL: LAZZAROLAW@AOL.COM

LANCE LAZZARO

RANDALL LAZZARO *

_____

JAMES KILDUFF *
JAMES KIRSHNER
ROGER GREENBERG

* ADMITTED IN NY & NJ

February 7, 2012

Honorable Sandra L. Townes
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:   United States vs. Jonathan Kaye
      Criminal Docket no. 08-cr-00916-SLT-52

Please be advised that this law firm represents Mr. Jonathan Kaye with regard to the above referenced matter which is scheduled before your Honor on Wednesday, February 15th, 2012 for a status conference. However, due to an unforseen conflict in scheduling, I respectfully request that the conference be adjourned to March 26th 2012 if this date is convenient to the court and I will waive any speedy trial time until the next conference. I have spoken to AUSA Tiscione and he does not object to this request.

If you have any questions and/or concerns with regard to the above please do not hesitate to contact the undersigned.

Truly yours,

_____/s/_____
Lance Lazzaro, Esq.
Lazzaro Law Firm, P.C.